■ In the Matter of KAREN S.-F., Appellant, v GORDON F., Respondent. [844 NYS2d 742]—Appeal from an order of the Family Court, Oneida County (Charles C. Merrell, J.), entered May 9, 2006 in a proceeding pursuant to Family Court Act article 4. The order, insofar as appealed from, determined respondent's responsibility for college expenses and reversed the Support Magistrate's finding that respondent had committed a willful violation of the order of support by withdrawing funds held in a Uniform Gift to Minors Act account.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present— Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.

■ In the Matter of JOANNE P., Respondent, v JOSEPH P., Appellant. [845 NYS2d 210]—Appeal from an order of the Family Court, Cayuga County (Peter E. Corning, J.), entered June 12, 2006 in a proceeding pursuant to Family Court Act article 4. The order granted petitioner's objections to an order of the Support Magistrate and determined that respondent's child support obligation is $288 per week.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.

■ In the Matter of HAKEEMA G., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; VANESSA D., Appellant. [844 NYS2d 746]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered February 14, 2007 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that respondent's child is permanently neglected and transferred guardianship and custody of the child to petitioner.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see CPLR 5511; Matter of Amy Lee P., 245 AD2d 1136 [1997]; Matter of Geraldine Rose W., 196 AD2d 313, 315-316 [1994], lv dismissed 84 NY2d 967 [1994]). Present—Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.